```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4

 5

 6

 7
                     UNITED STATES DISTRICT COURT
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,    )   CASE #6:06-mj-0037-WMW
10                               )
            Plaintiff,           )
11                               )   STIPULATION TO CONTINUE
            v.                   )   MOTION AND SET DATE FOR
12                               )   DEFENDANT'S RESPONSE.
                                 )
13                               )
    JOHN GRANT HISKES            )
14                               )
            Defendant.           )
15  _____)
    _____)
16
         IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,
17
    the Legal Officer for the United States Government and
18
    Defendant, JOHN GRANT HISKES, and his Attorney of record, ANN
19
    VORIS, the Motion Hearing in the above-captioned matter
20
    scheduled for April 25, 2006, be continued until May 30, 2006 at
21
    1:30 PM. Defendant's response will be due on May 8, 2006.
22
    Dated: April 25,  2006
23
                                    By:  /S/ Elizabeth Waldow
24                                       ELIZABETH WALDOW
                                         Legal Officer for
25                                       United States Government

26  Dated: April 25, 2006
                                    By:  /S/ Ann Voris
27                                       ANN VORIS
                                         Attorney for John G.
28  Hikes                                      As authorized on
    4/24/06
                                     1
                    STIPULATION TO CONTINUE AND ORDER THEREON
```

1
2                          * * * ORDER * * *
3        The Court, having reviewed the above request for a
4   Continuance in Plaintiff's Motion Hearing until May 30, 2006,
5   and Order Thereon, HEREBY ORDERS AS FOLLOWS:
6        1.   The Plaintiff's Motion Hearing, John Grant Hiskes,
7             shall be continued to May 30, 2006 at 1:30 PM .
8
9   It is so ordered:
10
11  Dated:_____, 2006
12
13
14                                By:_____
15                                    WILLIAM M WUNDERLICH
                                      United States Magistrate Judge
16                           IT IS SO ORDERED.
17          **Dated:   April 25, 2006          /s/  William M. Wunderlich**
                      mmkd34UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28