ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,      ) | CASE #6:06-mj-0037-WMW |
| ) | |
| Plaintiff,      ) | |
| ) | STIPULATION TO CONTINUE |
| vs      ) | MOTION HEARING |
| ) | |
| ) | |
| ) | |
| JOHN GRANT HISKES      ) | Date: May 30, 2006. |
| ) | Time: 10:00 a.m. |
| Defendant.      ) | Court: U.S. Magistrate |
| _____) | Judge: |
| _____) | Hon. William M. Wunderlich |

IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW, the Legal Officer for the United States Government and Defendant, JOHN HISKES, and his Attorney of record, MARCUS A. TORIGIAN, that the motion hearing in the above-captioned matter scheduled for May 30, 2006, be continued until June 27, 2006, at 1:30 p.m..

Dated: May 26, 2006

                                          By: /S/ Elizabeth Waldow
                                          ELIZABETH WALDOW
                                          Legal Officer for
                                          United States Government

Dated: May 26, 2006

                                          By: /s/ Marcus A. Torigian
                                          MARCUS A. TORIGIAN
                                          Attorney for JOHN HISKES
                                          As authorized on May 26, 2006

1
2                          * * * ORDER * * *
3      The Court, having reviewed the above request for a
4  Continuance in the Motion Hearing scheduled for May 30, 2006,
5  to June 27, 2006, at 1:30 p.m. and Order Thereon, HEREBY ORDERS
6  AS FOLLOWS:
7      1.   Motion Hearing shall be continued to June 27, 2006.
8
9  It is so ordered:
10
11 Dated:_____, 2006
12
13
14                                By:_____
15                                   WILLIAM M WUNDERLICH
                                     United States Magistrate Judge
16                         IT IS SO ORDERED.
17     **Dated:   May 30, 2006           /s/  William M. Wunderlich**
                    mmkd34UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28