Marcus A. Torigian, State Bar No. 169421
The Law Offices of Marcus A. Torigian
2117 Selma Street
Selma, California 93662
559-898-0485
559-898-0846
marcus@marcustorigian.com

Attorney for John Grant Hiskes

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America, | Case No. 6:06mj00037-wmw |
| Plaintiff | |
| vs. | SUBSTITUTION OF COUNSEL AND ORDER THEREON |
| John Grant Hiskes, | |
| Defendant. | |

Defendant, John Grant Hiskes, hereby substitutes the Law Offices of Marcus A. Torigian as his attorney of record in the above-referenced proceeding in place of the Office of the Federal Defender.

DATED: June 1, 2006           /s/John Grant Hiskes_____

JOHN GRANT HISKES
Defendant

**Above substitution agreed to.**

Office of the Federal Defender

DATED: June 1, 2006      By:  /s/Ann H. Voris_____

ANN H. VORIS
Assistant Federal Defender

**Above substitution accepted.**

DATED: June 1, 2006      By:  /s/Marcus A. Torigian_____

MARCUS A. TORIGIAN

## ORDER

**It is so ordered.**

IT IS SO ORDERED.

**Dated:**   **June 30, 2006**                                         **/s/  William M. Wunderlich**
mmkd34                                                                 UNITED STATES MAGISTRATE JUDGE