1  ELIZABETH WALDOW
   Legal Officer
2  Yosemite National Park
   P.O. Box 517
3  Yosemite, California 95389
   Telephone:  (209) 372-0243

4
            IN THE UNITED STATES DISTRICT COURT FOR THE
5
                 EASTERN DISTRICT OF CALIFORNIA
6

7  UNITED STATES OF AMERICA,      )   6:06-mj-0037-WMW
                                  )
8              Plaintiff,         )   MOTION TO HAVE THE COURT ORDER
                                  )   A SUSPENSION OF DEFENDANT'S
9         v.                      )   DRIVER'S LICENSE ON FEDERAL
                                  )   LANDS PURSUANT TO 18 U.S.C.
10 JOHN GRANT HISKES,             )   SECTION 3118(B)
                                  )
11             Defendant.         )   Date: April 25, 2006
   _____ )   Time: 10:00 a.m.

12

13      The United States hereby moves that the Court order the

14 suspension of the defendant's driver's license on all federal

15 lands under the authority of 18 U.S.C. section 3118(b) wherein

16 the defendant, after notification of the consequences, refused to

17 submit to a chemical test following an arrest for an offense

18 arising from driving under the influence of a drug or alcohol

19 within the special maritime and territorial jurisdiction of the

20 United States. Section 3118 (b) states that whoever refuses to

21 submit to the required chemical tests shall be denied the

22 privilege of operating a motor vehicle within the special

23 maritime and territorial jurisdiction of the United States during

24 the period of a year commencing on the date of arrest upon which

25 such test or tests was refused. Such refusal may be admitted into

26 evidence in any case arising from such person's driving while

27 under the influence of a drug or alcohol in such jurisdiction.

28      On March 31, 2006, John Grant Hiskes was driving in Yosemite

                                1

1   National Park and was stopped by law enforcement Ranger Manseau

2   and subsequently arrested for Driving While Under the Influence

3   of Alcohol. Ranger Manseau read the advisement of the

4   consequences of a refusal to submit to a chemical test to Hiskes.

5   Hiskes argued that he should not be arrested, Hiskes began

6   yelling and shouting. Ranger Manseau explained that Hiskes needed

7   to pay attention to the reading of the advisement. Ranger Manseau

8   then completed the verbal advisement of the requirements under

9   the 18 U.S.C. section 3118(b) to Hiskes. Ranger Manseau asked

10  Hiskes if he understood what it meant. Hiskes stated that he

11  understood. Ranger Siler then asked Hiskes to submit to a

12  chemical test.  Hiskes refused to submit to a blood test in the

13  presence of both Rangers Manseau and Siler. This refusal violates

14  the 18 U.S.C.section 3118 requirement that whoever operates a

15  motor vehicle in the special maritime and territorial

16  jurisdiction of the United States consents thereby to a chemical

17  test or tests of such person's blood breath or urine, if arrested

18  for any offense arising from such person's driving while under

19  the influence of alcohol.

20      Consequently, the government moves pursuant to 18 U.S.C.

21  section 3118(b) that the defendant's right to operate a motor

22  vehicle within the special maritime and territorial jurisdiction

23  of the United States be suspended for one year beginning on the

24  date of arrest.

25                                      Respectfully
    submitted,

26

27

28  DATED: 4/19/06                      By   /S/ Elizabeth Waldow

                              2

1

2
                                    ELIZABETH WALDOW
                                    Legal Officer

3                              **ORDER**

4   It is so ordered.

5

6   IT IS SO ORDERED.

7   **Dated:    June 30, 2006**            **/s/  William M. Wunderlich**
    mmkd34                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28