Marcus A. Torigian (169421)
Law Offices of Marcus A. Torigian
2117 Selma Street
Selma, California 93662
Tel: (559) 898-0485
Fax: (559) 898-0846

Attorney for JOHN GRANT HISKES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>            v.<br><br>JOHN GRANT HISKES,<br><br>    Defendant. | Case No:   6:06-MJ-37<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |

It is **HEREBY STIPULATED** by and between counsel for the parties herein that the Status Conference hearing currently scheduled for August 15, 2006 at 10:00 a.m. of the above-entitled court be, and is hereby continued to September 5, 2006 at 10:00 a.m.

Dated:    August 14, 2006

/s/ Marcus A. Torigian
_____
MARCUS A. TORIGIAN
Attorney for Defendant

Dated:    August 14, 2006

/s/ Elizabeth Waldow
_____
ELIZABETH WALDOW
Legal Officer
As authorized on 8/14/06

## ORDER

It is so ordered.

Dated:        August ___, 2006

                                                                _____
The Hon. William M. Wunderlich
Magistrate Judge for the
Eastern District of California

IT IS SO ORDERED.

Dated:   **August 15, 2006**   Mmkd34
         **/s/ William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE