Marcus A. Torigian (169421)
Law Offices of Marcus A. Torigian
2117 Selma Street
Selma, California 93662
Tel:   (559) 898-0485
Fax:   (559) 898-0846

Attorney for JOHN GRANT HISKES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# YOSEMITE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOHN GRANT HISKES,<br><br>  Defendant. | Case No:   6:06-MJ-37<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |

    It is **HEREBY STIPULATED** by and between counsel for the parties herein that the Status Conference hearing currently scheduled for September 5, 2006 at 10:00 a.m. of the above-entitled court be, and is hereby continued to September 19, 2006 at 10:00 a.m.

Dated:   September 1, 2006

_____
MARCUS A. TORIGIAN
Attorney for Defendant

Dated:   September 1, 2006

/s/ Elizabeth Waldow

_____
ELIZABETH WALDOW
Legal Officer
As authorized on 9/1/06

**ORDER**

It is so ordered.

IT IS SO ORDERED.

**Dated:   September 5, 2006**          **/s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE