Marcus A. Torigian (169421)
Law Offices of Marcus A. Torigian
2117 Selma Street
Selma, California 93662
Tel:   (559) 898-0485
Fax:   (559) 898-0846

Attorney for JOHN GRANT HISKES

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### YOSEMITE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN GRANT HISKES,<br><br>Defendant. | Case No:   6:06-MJ-37<br><br>EXTENSION OF TIME FOR SURRENDER AND RECOMMENDATION OF FACILITY |

I, Marcus A. Torigian, am the attorney of record representing Defendant, John Grant Hiskes. I am requesting an extension of time for surrender be extended to January 12, 2007 and recommend that Defendant, John Grant Hiskes serve his time at the Mariposa County facility

Approved:

Dated: December ____, 2006

_____
William M. Wunderlich, U.S. Magistrate Judge