# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. ~~06-mj-039~~ WMW   06mj37

John Grant Hishes

ORDER TO PAY   P0614940

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: N4087027
ADDRESS: _____

_____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _____    _____
                                 DEFENDANT'S SIGNATURE

*Defendant sentenced to 5 days' custody with credit for two days served.*

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ 2480 — and a penalty assessment of $ 20. — for a TOTAL AMOUNT OF: $ 2500 — within _____ days/months; or payments of $ 100. — per month, commencing Dec. 30, 2006 and due on the 30th of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

(USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026)

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: Nov. 14, 2006    _____ for William M. Wunderlich
                        U.S. MAGISTRATE JUDGE

Clerk's Office



EDCA-3