## UNITED STATES DISTRICT COURT
Eastern District of California

JUDGMENT

UNITED STATES OF AMERICA

V.   Case Number: 6:06-MJ-00037-WMW

John Hiskes   Marcus Torigian
*Defendant's Attorney*

*THE DEFENDANT:*

[X]   Pleaded guilty to counts one, two.

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 4.23(a)(1) | DUI | One | 03/31/06 |
| 36 CFR 4.23(c)(2) | Refusal to take chemical test following traffic Stop for DUI | Two | 03/31/06 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
xxx-xx-xxxx

*Defendant's mailing address:*

*Defendant's residence address:*

November 14, 2006
*Date of Imposition of Sentence*

/s/ William M. Wunderlich
*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Date:* 12/07/2006

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page* 2 *of* 2

*Defendant:* JOHN GRANT HISKES
*Case Number:* 6:06-MJ-00037-WMW

## UN*SUPERVISED RELEASED*

*The defendant is hereby placed on unsupervised released for a term of:*

24 MONTHS

*While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

*1.  Serve 5 days custody, credit for 2 days served for a total of 3 days pursuant to 18 USC 3563(b)(10).*

*2.  Pay special assessment of $20 by to the Clerk's Office, 501 "I" St., #4200, Sacramento, CA 95814.*

*3.  Pay a fine total $ 2480.00 commencing  December 30, 2006 and payable the 30th of each month until paid in full, at the rate of $100.00 per month to the Clerk's Office, 501 "I" St. #4200, Sacramento, CA 95814.*

*4. Defendant shall abstain from the use or possession of alcohol in Yosemite National Park.*

*5. Defendant shall Attend and complete DUI Multiple Offender program.*

*6.  Not to operate a motor vehicle unless the vehicle is properly insured and registered.*

*7.  The Defendant shall not drive a vehicle with any detectable amount of alcohol.*

*8.   The defendant shall not drive a vehicle without a valid driver's license.*

*9.  It is recommended that the defendant serve his time in the Mariposa County Jail depending on space availability*

*10: Defendant is to self surrender at the facility on January 12, 2007 before 2pm or as notified by the U.S. Marshal.*